Certificate Number: 01267-KS-CC-028567148



01267-KS-CC-028567148

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 03, 2017</u>, at <u>07:24</u> o'clock <u>PM EST</u>, <u>Kamren E Brake</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas,</u> an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | |
|---|---|
| Date: <u>January 03, 2017</u> | By: <u>/s/Bethany Condoll</u> |
| | Name: Bethany Condoll |
| | Title: Area Manager |

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).