# United States Bankruptcy Court
## District of Kansas

In re  Kamren Emory Brake  
                      Debtor(s)

Case No. _____  
Chapter  **13**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on  01/07/2017  (date) by  *Kamren Brake* (signature)  
                                          Kamren Emory Brake (debtor)



**Frito-Lay, Inc.**
7701 Legacy Drive
Plano , TX 75024-0000

| Cost Center | : | Y32359 |
| Cost Center Desc | : | TOPEKA PLTWH |
| Department | : | US-FLNA |
| Location | : | Topeka KS Plant |

| Name | : | Brake, Kamren E. |
| Address | : | 2808 West Port Plaza Drive |
| | | Topeka KS 66614 |

| Payroll Area Desc | : | Weekly Hourly |
| Payroll Period | : | 12/11/2016 to 12/17/2016 |
| Pay Date | : | 12/23/2016 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Single | 00 | |
| KS | Single | 00 | |

| Personnel ID | : | 71103801 |
| Cost Center | : | Y32359 |
| Payroll Area | : | U0 |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 12/23/2016 | 641.36 | | 70.44 | | 0.00 | | 570.92 |
| Year to Date | | 7,602.70 | | 1,446.47 | | 0.00 | | 6,156.23 |

### Taxable Earnings Summary by Earning Code

| | | Amount |
|---|---|---|
| 1100 | Regular Pay | 590.97 |
| 1111 | OT Half Time | 50.39 |
| **Total Taxable Earnings Summary by Earning Code** | | **641.36** |

| Taxable Earnings | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | | Hours | Amount |
| 1100 Regular Pay | | 13.25 | 44.60 | 590.97 | | 523.10 | 6,931.30 |
| 1111 OT Half Time | | 6.63 | 7.60 | 50.39 | | 56.70 | 375.92 |
| 1110 OT Double Time NRA | | | | | | 22.30 | 295.48 |
| **Total Taxable Earnings** | | | | **641.36** | | | **7,602.70** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
| Withholding Tax | | | 641.36 | 624.51 | 7,602.70 |
| EE Social Security Tax | | 39.77 | 641.36 | 471.37 | 7,602.70 |
| EE Medicare Tax | | 9.30 | 641.36 | 110.24 | 7,602.70 |
| **State** | Kansas | | | | |
| Withholding Tax | | 21.37 | 641.36 | 240.35 | 7,602.70 |
| **Total Tax Deductions** | | **70.44** | | **1,446.47** | |

### Check/Transfer Information

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 301179902 | ENVISTA CU | XXXX1579 | Bank transfer | 7110380100015001 | 570.92 |